IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 19-CR-30140-NJR |
| | ) | |
| TIFFANY K. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR CONSIDERATION OF PRETRIAL DIVERSION

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, herein submit the Government's Motion for Consideration of Pretrial Diversion.

1.      The United States requests that the United States Probation Office prepare a report regarding the appropriateness of pretrial diversion for the defendant, Tiffany Taylor, pursuant to 18 U.S.C. § 3154(10).  In consideration of the defendant's conduct, health considerations, family considerations and an acceptance of responsibility, the United States believes that the defendant is a likely candidate for pretrial diversion.

2.      The United States further requests that the trial of this matter be continued until after the Court can consider the report from the United States Probation Office and a proposed pretrial diversion agreement.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail:  Norman.Smith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 19-CR-30140-NJR |
| | ) | |
| TIFFANY K. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on June 17, 2020, I caused to be electronically filed:

MOTION FOR CONSIDERATION OF PRETRIAL DIVERSION

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorney of record.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/ Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail: Norman.Smith@usdoj.gov